

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

George Brandon Chambers, Appellant

No. 06-16-00052-CR          v.

The State of Texas, Appellee

Appeal from the 19th District Court of McLennan County, Texas (Tr. Ct. No. 2014-100-C1).  Opinion delivered by Chief Justice Morriss,  Justice  Moseley  and  Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We  note  that  the  appellant,  George  Brandon  Chambers,  has  adequately  indicated  his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 12, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk